ROY ALAN O'GUINN
Name

P.O. BOX 359    LCC

LOVELOCK, NEVADA  89419-0359
Address

67905
Prison Number

U.S. DISTRICT ...
DISTRICT OF NEVADA
RECEIVED

JAN - 4 2005

CLERK, U.S. DISTRICT COURT

_____ DEP ___

LANCE S. WILSON
CLERK
BY
DEPUTY

05 JAN -4 PH 2:08

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROY ALAN O'GUINN
                          ,
                    Plaintiff,

        vs.

JACKIE CRAWFORD, individually
~~AND~~
NEVADA DEPARTMENT CORRECTIONS
THE STATE OF NEVADA
LOVELOCK CORRECTIONAL CENTER
DIRECTOR OF MENTAL HEALTH FOR THE
NEVADA DEPARTMENT OF CORRECTIONS

                          ,

[NC 11TH AMENDMENT IMMUNITY UNDER A.D.A.
~~AND REHAB ACT~~]
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV-N-05-0007-ECR-VPC

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

_____

**JURY DEMAND**

## A. JURISDICTION

1)     This complaint alleges that the civil rights of Plaintiff, __ROY ALAN O'GUINN__
                                                      (print Plaintiff's name)

      who presently resides at __POB 359,LCC-67905, LOVELOCK NV 89419-0359__ , were
                              (mailing address or place of confinement)
      violated by the actions of the below named individuals which were directed against

      Plaintiff at __EACH PRISON FACILITY I WAS HOUSED AT BY NDOC__ on the following dates
                                          (institution/city where violation occurred)

      __JAN. '01 + CONT'G__ , __SAME AS CT I__          , and __SAME AS CT I__
          (Count I)              (Count II)                      (Count III)

§1983-Form
eff. 1/97

Paid Amt $ _150ᵗʰ__ Date _1-4-05_
Receipt # _17110_ Initials _LW_

## Make a copy of this page to provide the below
### information if you are naming more that five (5) defendants

2) Defendant __JACKIE CRAWFORD__ resides at __POB 7011 CARSON CITY NV 89701__
       (full name of first defendant)          (address of first defendant)

and is employed as __STATE CORRECTIONS DIRECTOR__ . This defendant is sued in his/her
          (defendant's position and title, if any)

xxx individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __STATE EMPLOYEE, REHAB ACT/ADA APPLIES__

_____ .

                          c/o JACKIE CRAWFORD, DIRECTOR
3) Defendant __NEVADA DEP'T OF CORRECTIONS__ resides at __POB 7011 CARSON CITY NV 89701__,
       (full name of first defendant)          (address of first defendant)

and is employed as __STATE CORRECTIONS DEP'T__ . This defendant is sued in his/her
          (defendant's position and title, if any)

___ individual xxx official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __NO 11TH AMENDMENT IMMUNITY UNDER ADA/REHAB ACT__

_____ __ENTITY SUBJECT TO SUIT UNDER SAID STATUTES__ _____ .

                        c/o D.HELLER, SECT'Y OF STATE
4) Defendant __STATE OF NEVADA__ resides at __CAPITOL COMPLEX CARSON CITY NV 89710__
       (full name of first defendant)          (address of first defendant)

and is employed as __ENTITY SUBJECT TO ADA/REHAB ACTS__ . This defendant is sued in his/her
          (defendant's position and title, if any)

___ individual xxx official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __ENTITY SUBJECT TO SUIT NO 11TH AMENDMENT IMMUNITY PURSUANT__

_____ __TO ADA/REHAB ACTS__ _____ .

5) Defendant __LOVELOCK CORRECTIONAL CENTER__ resides at __POB 359 LOVELOCK NV 89419-0359__
       (full name of first defendant)          (address of first defendant)

and is employed as __STATE CORRECTIONAL FACILITY__ . This defendant is sued in his/her
          (defendant's position and title, if any)

___ individual XX official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __NO 11TH AMENDMENT IMMUNITY UNDER ADA/REHAB ACT, ENTITY SUBJECT__

_____ __TO SUIT UNDER SAID ACTS__ _____ .

                    DIRECTOR, MENTAL HEALTH DIV.
6) Defendant NEV.DEP'T OF CORRECTIONS            resides at 1721 SNYDER ST, CARSON CITY NV

        (full name of first defendant)                (address of first defendant)

   and is employed as DIRECTOR MENTAL HEALTH DIV.        . This defendant is sued in his/kxx
                    (defendant's position and title, if any)
   XXX individual ___ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: PARTY SUBJECT TO SUIT UNDER REHAB/ADA ACTS

   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
   assert jurisdiction under different or additional statutes, list them below.
                                     ADA
   29 USC § 794 et seq. REHAB ACT /   42 USC § 12101 /  ████████████

        [NOT A CIVIL RIGHTS ACTION EXCEPT AS MAY BE COVERED IN
        THE ABOVE STATUTES]
                    --------------------------------------
                       B. NATURE OF THE CASE
   1)    Briefly state the background of your case.
        ON 10-23-00 A STATE DISTRICT COURT (CLARK COUNTY, NV) ENTERED AN ORDER
CERTIFYING PLAINTIFF O'GUINN AS "MENTALLY ILL AND INCOMPETENT" (CASE C-159730-C),
ON 01-04-01 THAT SAME COURT SENTENCED PLAINTIFF AS "GUILTY BUT MENTALLY-ILL" UNDER
NRS 174.041 AFTER DEFENDANT WAS MADE TO EXECUTE A PLEA AGREEMENT WHICH CONTAINS THE
FOLLOWING CONTRACTUAL STATEMENT: "THE PURPOSE OF MY PLEA OF GUILTY BUT MENTALLY-ILL
IS NOT TO CHALLENGE THE COURT'S ALREADY ENTERED FINDINGS OF COMPETENCY, BUT TO INSURE
THAT I RECEIVE APPROPRIATE TREATMENT DURING MY INCARCERATION".  THIS INSTANT COMPLAINT
DOES NOT CHALLENGE PLAINTIFF'S CONVICTION (THOUGH NRS 174.041 WAS RULED UNCONSTITUTIONAL
BY NEVADA SUPREME COURT, 27 P. 3D 66 [2001], THAT MATTER IS BROUGHT OUTSIDE THIS COM-
PLAINT). IN PETITIONER'S PSI REPORT, THE ABOVE CONTRACTUAL STATEMENT IS REPEATED,
ON PAGE 2 UNDER "PLEA NEGOTIATION" ---"THE PURPOSE OF THE GUILTY PLEA, GUILTY BUT MEN-
TALLY ILL IS NOT TO CHALLENGE THE COURT'S ALREADY ENTERED FINDINGS OF COMPETENCY, BUT
TO INSURE THAT THE DEFENDANT RECEIVE APPROPRIATE TREATMENT DURING INCARCERATION".
FROM THE DATE OF PLAINTIFF'S ARRIVAL AT THE STATE CORRECTIONS DEPARTMENT, AND IN THE
VARIOUS FACILITIES HE WAS ASSIGNED TO, HE HAS RECEIVED "NO" MENTAL HEALTH TREATMENT
OR CARE IN ANY WAY, SHAPE OR FORM. THIS CLAIM STARTS FROM THAT JANUARY 2001 DATE THROUGH
TO THE DATE OF THIS COMPLAINT AND THROUGH TO THE COMPLETION OF THIS LITIGATION.
PLAINTIFF HAS A QUALIFIED "DISABILITY" UNDER THE ADA ACT ["A MENTAL IMPAIRMENT THAT
SUBSTANTIALLY LIMITS A MAJOR LIFE ACTIVITY AND HAS A RECORD OF SUCH IMPAIRMENT, A.D.A.
OF 1990 § 3(2), 42 USC § 12102(2)], HE IS BEING DENIED THE BENEFITS OF A PROGRAM OR
ACTIVITY OF AN ENTITY WHICH RECEIVES FEDERAL FUNDS, AND IS BEING DISCRIMINATED AGAINST
BASED UPON HIS DISABILITY. BOTH THE A.D.A. AND REHAB ACTS QUALIFY TO THESE STANDARDS.
                    --------------------------------------

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: _____

AMERICANS WITH DISABILITIES ACT, 42 USC § 12101 et seq., AND

REHABILITATION ACT 29 USC § 794 et seq.

    Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

BEGINNING JANUARY 2001, AND CONTINUING THROUGH TP PRESENT, THE DEFENDANTS HAVE PROVIDED PLAINTIFF WITH NO MENTAL HEALTH CARE OR TREATMENT, EVEN DESPITE A STATE DISTRICT COURT ORDER DEEMING PLAINTIFF MENTALLY ILL AND INCOMPETENT, A CONTRACTUAL PLEA AGREEMENT GUARANTEEING PLAINTIFF'S PLEA WOULD RESULT IN APPROPRIATE MENTAL HEALTH CARE AND TREATMENT, AND A FOOT-HIGH STACK OF MENTAL HEALTH RECORDS CONTAINED IN PLAINTIFF'S CASE FILE AND PRISON RECORDS. PLAINTIFF, RESULTINGLY, HAS SUFFERED PHYSICAL INJURY BY PRISONERS WHOM ARE AGGRAVATED BY PLAINTIFF'S BIZARE AND INSTITUTIONALLY UNACCEPTABLE BEHAVIOR, SUCH PHYSICAL INJURIES COMBINED WITH THE TOTAL LACK OF MENTAL HEALTH CARE AND TREATMENT HAVE HANDICAPPED PLAINTIFF WORSE AND DENIED HIM EQUAL CARE UNDER THESE TWO ACTS AND HAS BEEN DONE SOLELY ON THE BASIS OF HIS DISABLITY. PLAINTIFF HAS A LENGTHY ESTABLISHED MENTAL ILLNESS RECORD. THE NAMED DEFENDANTS HAVE AN ESTABLISHED SET OF MENTAL HEALTH PROGRAMS AND SERVICES, BENEFITS AND CARE WHICH THEY HAVE DENIED TO PLAINTIFF.

NOTE: A SEPARATE MOTION FOR APPOINTED COUNSEL FILED WITH THIS COMPLAINT.

## COUNT II

The following civil right has been violated: _____

_____ N/A _____

_____.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

§1983-Form
eff. 1/97

## COUNT III

The following civil right has been violated: _____

_____ N/A _____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-------------------------------------------------

§1983-Form
eff. 1/97

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action?  ___Yes  _XX_ No.  If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

    a)  Defendants: _____ n/a _____

    b)  Name of court and docket number: _____

    c)  Disposition (for example, was the case dismissed. appealed or is it still pending?): _____

    d)  Issues raised: _____
_____
_____

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___Yes _XXX_ No.  If your answer is "Yes", describe each lawsuit. (If you have had more than three  actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)  Defendants: _____ n/a _____.

    b)  Name of court and case number: _____.

    c)  The case was dismissed because it was found to be  (check one):  ___ frivolous ___ malicious or  ___ failed to state a claim upon which relief could be granted.

    d)  Issues raised: _____
_____.

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____ n/a _____

b)   Name of court and case number: _____

c)   The case was dismissed because it was found to be (check one): ___ frivolous
     ___ malicious or ___ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
     _____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____


Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____ n/a _____

b)   Name of court and case number: _____

c)   The case was dismissed because it was found to be (check one): ___ frivolous
     ___ malicious or ___ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
     _____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____


3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the
     proper administrative officials, e.g., have you exhausted available administrative grievance
     procedures? ___ Yes  ✓ No.  If your answer is "No", did you not attempt administrative
     relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___
     state or federal court decision; (3) XXX state or federal law or regulation; (4) ___ parole
     board decision; or (5) ___ other MENTALLY ILL INCOMPETENT UNABLE TO ACT
     _____
     If your answer is "Yes", provide the following information. Grievance Number _____.
                           AND ADA/REHAB ACT HAS NO EXHAUSTION REQUIREMENTS
     Date and institution where grievance was filed _____.

Response to grievance: _____ N/A _____

_____

_____

_____

_____

------------------------------------------------

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1] APPOINTMENT OF COUNSEL FOR MENTALLY-ILL INCOMPETENT PRISONER-PLAINTIFF

2] DAMAGES AND PUNITIVE AWARD DETERMINED BY JURY

3] COSTS OF THIS ACTION AND ATTORNEY FEES AND EXPENSES

4] OTHER RELIEF AS ALLOWED UNDER ADA/REHAB ACTS AS COURT DEEMS JUST.

_____

_____

_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(PRISON LAWCLERKS)
_____          (X) _____
(Name of person who prepared or helped                    (Signature of Plaintiff)
prepare this complaint if not Plaintiff )

NOVEMBER 9, 2004
_____
                    (Date)

------------------------------------------------

(Additional space if needed; identify what is being continued)

n/a

_____

_____

_____

_____

_____