ROY ALAN O'GUINN
Name

POB 359  LCC

LOVELOCK, NEVADA 89419
Address

67905
Prison Number

U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED
JAN 13 '05
CLERK, U.S. DISTRICT COURT

AMENDED COMPLAINT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROY ALAN O'GUINN                    )
                                     )
                  Plaintiff,         )
                                     )     **AMENDED COMPLAINT**
     vs.                             )     CASE NO. CV-N-05-0007-ECR-VPC
                                     )     (To be supplied by the Clerk)
JACKIE CRAWFORD, individually, and   )
NEVADA DEPARTMENT OF CORRECTIONS, and)     **AMENDED**
THE STATE OF NEVADA.                 )     **CIVIL RIGHTS COMPLAINT**
                                     )     **PURSUANT TO**
NO 11TH AMENDMENT IMMUNITY UNDER     )     **42 U.S.C. § 1983**
A.D.A. AND REHAB ACTS.               )
                                     )
                                     )     JURY DEMAND RULE 38(b) FRCP
                                     )
                                     )
                  Defendant(s).      )

### A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Roy Alan O'Guinn
                                                              (print Plaintiff's name)
     who presently resides at POB 359 LCC-67905 Lovelock NV 89419 , were
                              (mailing address or place of confinement)
     violated by the actions of the below named individuals which were directed against

     Plaintiff at  all NDOC facilities I was held in  on the following dates
                   (institution/city where violation occurred)

     January 2001+Continuing     n/a         , and      n/a
        (Count I)               (Count II)            (Count III)

§1983-Form
eff. 1/97

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants

2) Defendant __JACKIE CRAWFORD__ resides at NDOC POB 7011
   (full name of first defendant)              CARSON CITY, NV 89701
                                               (address of first defendant)
and is employed as __STATE PRISON DIRECTOR__. This defendant is sued in ~~his~~/her
   (defendant's position and title, if any)
__XX__ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __EMPLOYEE STATE OF NEVADA, NO 11TH AMENDMENT IMMUNITY__

3) Defendant __NEVADA DEP'T OF CORRECTIONS__ resides at __POB 7011 CARSON CITY NV__
   (full name of first defendant)                         (address of first defendant)
and is employed as __ENTITY UNDER ADA & REHAB ACT__. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual __XX__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __NO 11TH AMENDMENT IMMUNITY / ADA REHAB ACT__

4) Defendant __THE STATE OF NEVADA__ resides at c/o Dean Heller, Scty State
   (full name of first defendant)              Capitol Complex Carson City
                                               (address of first defendant)
and is employed as __ENTITY SUBJECT TO ADA/REHAB__. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual __XX__ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: __ENTITY SUBJECT TO ADA/REHAB ACT NO 11TH AMEND IMMUNITY__

5) Defendant _____N/A_____ resides at _____
   (full name of first defendant)                (address of first defendant)
and is employed as _____. This defendant is sued in his/her
   (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting
under color of law: _____

§1983-Form
eff. 1/97

2

6) Defendant _____N/A_____ resides at _____

        (full name of first defendant)         (address of first defendant)

and is employed as _____. This defendant is sued in his/h

        (defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was actin under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

DIFFERENT: REHAB ACT TITLE 29 U.S.C. § 794 et seq., AND

AMERICANS WITH DISABILTIES ACT, TITLE 42 U.S.C. § 12101, et seq..

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Plaintiff was Certified by a State District Court as Mentally-ill and incompetent [**Exhibit-A**], on 10-23-00. This complaint does NOT challenge any conviction. The State further issued a plea agreement wherein plaintiff is promised that the "purpose" of his plea is to receive appropriate treatment and care while incarcerated [**Exhibit-B**]. Plaintiff entered the state prison system in January 2001, he has received NO treatment or care whatsoever. Plaintiff as a certified mentally-ill incompetent person is fully qualifie under the two acts raised herein, has a life long documented history of his illnesses and is being denied services and benefits by the defendants solely on the basis of his disabilities, his disabilities limit major life activities. The defendants are recipients of federal funding and also cannot provide the treatment and care specifically required to properly treat and care for the plaintiff which meets the standards of the mental health field outside their state system. The defendants are not immune under the 11th Amendment under the two acts raised. Plaintiff has been physically injured within the prison system on several occasions due to other prisoners misunderstanding his mental illness and have acted out violently upon him. Plaintiff is presently in the safest prison in the system. Filed simultaneously with this complaint is a motion for appointed counsel/federal defender as plaintiff is wholly incapable of responding to even the most simple direction of this court and law clerks cannot litigate the complex and sophisticated nature of the two acts on his behalf and are not allowed to do so except to initially assist and thereafter let plaintiff do so. Plaintiff cannot do so. Also, a motion for a preliminary injunction is filed with this complaint to enjoin defendants from reacting by transferring plaintiff to any other facility until the determination of the issues in this case are resolved, and a Notice of Guardian ad litem is filed herewith.

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated:

AMERICANS WITH DISABILITIES ACT, TITLE 42 U.S.C. § 12101 et seq. AND REHABILITATION ACT TITLE 29 U.S.C. § 794 et seq.,

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

THE NAMED DEFENDANTS, ALL OF WHOM HAVE FULL INFORMATION REGARDING PLAINTIFF'S MENTALLY-ILL AND INCOMPETENT CONDITION, HAVE VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE TWO STATED ACTS BY DENYING PLAINTIFF MENTAL HEALTH TREATMENT AND CARE AND HAVE DONE SO SOLELY ON THE BASIS OF HIS DISABILITY, PLAINTIFF FULLY QUALIFIES UNDER THESE TWO ACTS AS HAVING A DISABILITY THAT SUBSTANTIALLY LIMITS HIS MAJOR LIFE ACTIVITIES, AND IS BEING DENIED THE SERVICES AND BENEFITS OF THE DEFENDANTS SYSTEM, ALL THE DEFENDANTS BEING RECIPIENTS OF FEDERAL FUNDS, FURTHER THE STATE OF NEVADA HAS NO DEFENSE WHATSOEVER WHERE IT ISSUED AN ORDER CERTIFYING PLAINTIFF HAS MENTALLY-ILL AND INCOMPETENT AND ISSUED A PLEA AGREEMENT STATING THE "PURPOSE" OF THE PLEA IS FOR PLAINTIFF TO RECEIVE APPROPRIATE TREATMENT. SEE EXHIBITS-A, B and C, ATTACHED HERETO.

## COUNT II

The following civil right has been violated: 
N/A

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

N/A

§1983-Form
eff. 1/97

5

## COUNT III

The following civil right has been violated: 

N/A

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

N/A

# D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? __XX__ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

   a) Defendants: NO SUITS, FEDERAL HABEAS PENDING THIS COURT CV-N-04-723-HDM

   b) Name of court and docket number: SEE ABOVE

   c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

   d) Issues raised:

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be **frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __XX__ No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: n/a

   b) Name of court and case number: _____

   c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

   d) Issues raised: _____

   e) Approximate date it was filed: _____

   f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____ n/a _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____


Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____ n/a _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____


3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ___ Yes XX No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) XXX state or federal court decision; (3) XX state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other Grievance not applicable to ADA/REHAB ACT and is not required under these acts. If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _____.

Response to grievance: ___n/a___

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:
A) DAMAGES BY JURY DETERMINATION

B) PUNITIVE AWARD BY JURY DETERMINATION

C) THE COSTS OF THIS ACTION WITH ALL LEGAL FEES AND EXPENSES.

D) JURY DEMAND, RULE 38(b) FRCP

E) PRELIMINARY INJUNCTION ENJOINING DEFENDANTS FROM TRANSFERRING PLAINTIFF FROM LOVELOCK CORRECTIONAL CENTER UNTIL THE COMPLETION OF THIS ACTION.

F) APPOINTMENT OF COUNSEL OR FEDERAL DEFENDER FOR MENTALLY-ILL AND INCOMPETENT PLAINTIFF (CERTIFIED SEE ATTACHMENTS).

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

PRISON LAWCLERKS
(Name of person who prepared or helped prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

DECEMBER 29, 2004
(Date)

(Additional space if needed; identify what is being continued)

N/A

§1983-Form
eff. 1/97

9

**TRAN**

FILED

Oct 31  4 04 PM '01

DISTRICT COURT
CLARK COUNTY, NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| THE STATE OF NEVADA, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. C159730 |
| ) | |
| ) | DEPT. V |
| ROY ALAN O'GUINN, ) | |
| ) | Transcript of Proceedings |
| DEFENDANT. ) | |
| ) | |

BEFORE THE HONORABLE JEFFREY D. SOBEL, DISTRICT COURT JUDGE

HEARING: ESTABLISH DEFENDANT'S MENTAL ILLNESS

MONDAY, OCTOBER 23, 2000, 9:00 A.M.

APPEARANCES:

    FOR THE STATE:    BRIAN KOCHEAVER, ESQ.
                                     KRISTEN NELSEN, ESQ.
                                     DEPUTY DISTRICT ATTORNEYS

    FOR DEFENDANT O'GUINN:    JOSEPH ABOOD, ESQ.
                                               DEPUTY SPECIAL PUBLIC
                                             DEFENDER

COURT RECORDER: SHIRLEE PRAWALSKY, ECR 00230



**EXHIBIT-A**

000045

LAS VEGAS, NEVADA, MONDAY, OCTOBER 23, 2000, 9:00 A.M.

THE COURT: And, Joe, are you waiting for somebody, too?

MR. ABOOD: Judge, I think we can proceed with the mental health hearing. It's stipulated by –

THE COURT: I understand. But, who's got the file? Do you folks have the file on O'Guinn?

MS. NELSEN: I don't think we do.

MR. KOCHEAVER: I don't think so, Judge.

THE COURT: No? Okay. Just make a note of this. To fully accept the guilty plea, we have to find that certain requisite times he was mentally ill and incompetent. Both sides have stipulated to that and they've also supplied me with about a foot of documents to review. That review leads me to the conclusion that at the relevant times he was incompetent and mentally ill. And therefore, I have jurisdiction to and do accept the plea of guilty, but mentally ill. The sentencing date has already been set

Are you going to be submitting anything in addition to show that at the time of sentencing he's mentally ill so that I can make requisite findings then, or do you think it's sufficient what I already have?

MR. ABOOD: Your Honor, I think it's sufficient what you've already got. And I can go through the list of documents we've provided you if you'd like me to do that.

THE COURT: No.

MR. ABOOD: Okay.

THE COURT: All right, thank you.

MR. ABOOD: Thank you, Judge.

* * * *

ATTEST: I do hereby certify that I have truly and correctly transcribed the sound recording of the proceedings in the above case.

*Shirlee Prawalsky*

SHIRLEE PRAWALSKY, COURT RECORDER, ECR 00230

000046

A

```
                                                FILED IN OPEN COURT
 1  GMEM
    STEWART L. BELL                             _____ 20 ___
 2  DISTRICT ATTORNEY                           SHIRLEY B. PARRAGUIRRE, CLERK
    Nevada Bar #000477
 3  200 S. Third Street                         BY _____
    Las Vegas, Nevada 89155                          CAROLE D'ALOIA    DEPUTY
 4  (702) 455-4711
    Attorney for Plaintiff
 5
                              DISTRICT COURT
 6                         CLARK COUNTY, NEVADA

 7

 8  THE STATE OF NEVADA,          )
                                  )
 9             Plaintiff,         )
                                  )
10        -vs-                    )         Case No.  C159730
                                  )         Dept. No.  V
11  ROY ALAN O'GUINN,             )
    #1471925                      )
12                                )
                                  )
13             Defendant.         )
                                  )
14  _____)

15                         GUILTY PLEA AGREEMENT
```

I hereby agree to plead guilty but mentally ill to: COUNT I and COUNT III- BURGLARY (Felony - NRS 205.060), COUNT II - OPEN OR GROSS LEWDNESS (Gross Misdemeanor - NRS 201.210), COUNT IV and COUNT V - SEXUAL ASSAULT (Felony- NRS 200.364, 200.366) as more fully alleged in the charging document attached hereto as Exhibit "1".

My decision to plead guilty is based upon the plea agreement in this case which is as follows:

I acknowledge that the State is retaining its right to seek habitual criminal treatment against me at the time of sentencing. I further acknowledge that the State will present to this Court at the time of sentencing, evidence of my prior criminal convictions and that such convictions make me eligible for habitual criminal treatment pursuant to NRS 207.010 (b) and NRS 207.012. I further agree to not oppose this Court adjudging me an habitual criminal pursuant to NRS 207.010(b).



EXHIBIT-B

1. Pursuant to my adjudication as an habitual criminal, the State and I agree and stipulate that the Court shall sentence me to LIFE in the Nevada State Prison with parole eligibility beginning after 10 years has been served, on COUNTS I, III, IV and V.

2. The State and I further agree and stipulate that all counts in this case will be run concurrently at the time of sentencing.

3. If the Court should chose not to accept a plea of Guilty but Mentally Ill, or should choose not to impose habitual criminal treatment after the State provides the required evidence of my prior criminal convictions, or should choose not to run all counts concurrently, then either the Defendant or the State will have the right to withdraw from these negotiations and proceed to trial on the original charges.

4. My plea will be Guilty but Mentally Ill. I understand that before the Court formally accepts my plea of Guilty but Mentally Ill, it must make a determination that I was mentally ill at the time of the alleged offenses to which I am pleading. I agree that the hearing required by NRS 174.041 may be held forthwith. I further agree that, as the evidence at such hearing, the court may receive, and rely upon, all of the previously filed reports of examination and evaluation in this case, along with such additional reports, examinations or testimony as the court may choose to receive.

5. I acknowledge that a plea of Guilty but Mentally Ill is NOT a defense to the alleged offenses, and I understand that if the court accepts my plea of Guilty but Mentally Ill, I am subject to the same penalties as a defendant who pleads guilty. The purpose of my plea of Guilty but Mentally Ill is NOT to challenge the court's already entered findings of competency, but to insure that I receive appropriate treatment during my incarceration. Any attempt by myself or my counsel, either now or in the future, to assert a lack of legal competency on my part, either at the time of the offense or at the time of my plea and/or sentencing will constitute a violation of this agreement, and will entitle the State, at its option, to void this agreement and proceed to trial on the original charges.

## CONSEQUENCES OF THE PLEA

I understand that by pleading guilty I admit the facts which support all the elements of

-2-

B

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*



# Title II of the Americans with Disabilities Act / Section 504 of the Rehabilitation Act of 1973 Discrimination Complaint Form

Instructions: Please fill out this form completely, in black ink or type. Sign and return it to the address on page 3.

Complainant: __ROY ALAN O'GUINN__

Address: __P.O. BOX 359__

City, State and Zip Code: __LOVELOCK, NEVADA 89419 (39419)__

Telephone: Home: __n/a__   Business: __(775) 273-1300__

Person Discriminated Against (if other than the complainant): __SAME AS ABOVE__

Address: ____

City, State and Zip Code: ____

Telephone: Home: ____   Business: ____

Government, or organization, or institution which you believe has discriminated:

Name: __NEVADA DEPARTMENT OF CORRECTIONS__

Address: __P.O. BOX 7011__

County: __CARSON CITY__   City: __CARSON CITY__

State and Zip Code: __NEVADA 89701__   Telephone Number: __(775) 687-3216__

When did the discrimination occur? Date: __JANUARY 2001 CONTINUING__

OMB No. 1190-0009  Exp. Date 02/29/2004

CONTINUES ON BACKSIDE OF PAGE
EXHIBIT -- C

Describe the acts of discrimination providing the name(s) where possible of the individuals who discriminated (use space on page 3 if necessary): COMPLAINANT WAS CERTIFIED MENTALLY ILL AND INCOMPETENT BY THE EIGHTH JUDICIAL DISTRICT COURT FOR CLARK COUNTY IN NEVADA 10-23-02 CASE NO. C157730, AND THE NEVADA DEP'T OF CORRECTIONS WAS ORDERED BY SUCH PLEA AGREEMENT AND THE NV DPT OF PAROLE & PROBATION MENTAL HEALTH CARE AND TREATMENT OF COMPLAINANT. NONE HAS OCCURED PRE OR POST COMPLAINANT'S ARRIVAL AT THE DEP'T OF CORRECTIONS.

Have efforts been made to resolve this complaint through the internal grievance procedure of the government, organization, or institution?   Yes ☐   No ☒

NOT AVAILABLE FOR MENTAL HEA...

If "yes" what is the status of the grievance?

Has this complaint been filed with another bureau of the Department of Justice or any other Federal, State or local civil rights agency or court?   Yes ☒   No ☐

If "yes":

Agency or Court: U.S. DISTRICT COURT FOR NEVADA (RENO DISTRICT.)

Contact Person: LANCE S. WILSON, CLERK

Address: 400 S. VIRGINIA STREET, SUITE 301

City, State and Zip Code: RENO, NV 89501

Telephone Number: (775) 686-5800

Date Filed: PENDING ON THE DATE OF THIS COMPLAINT

2

Do you intend to file with another agency or court?

Agency or Court: _____UNKNOWN_____

Address: _____

City, State and Zip Code: _____

Telephone Number: _____

Additional space for answers: _____ N/A _____

Signature: _____
ROY ALAN O'GUINN
Date: NOVEMBER 3, 2004

Return to:
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Disability Rights Section - NYAV
Washington, D.C. 20530

3

